ALLEGANY CO-OP INSURANCE CO., INC., Appellant, v GENERAL ACCIDENT INS. CO. OF AMERICA, Respondent. [720 NYS2d 425] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Feeman, Jr., J. (Appeal from Order of Supreme Court, Allegany County, Feeman, Jr., J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.